**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT TITRELL GIVAN**                                                                                        **PLAINTIFF**

**V.**                                 **NO. 3:12CV120-GHD-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                  **DEFENDANT**

### ORDER REQUIRING SUPPLEMENTAL AFFIDAVIT

Before the court in this Social Security case is Plaintiff's Motion to Proceed on Appeal *In Forma Pauperis* [2] and supporting Affidavit [3]. Plaintiff's mother, Tiffany Boyd, has submitted the Affidavit in support of the motion. Affiant states: "[B]ecause of my poverty I am unable to pay the costs of said proceeding or give security therefor." Nevertheless, Affiant also states that she is presently employed full time and is paid biweekly. Affiant also states she has a checking account and owns a 2010 Ford Taurus.

The court is unable to discern whether Plaintiff Robert Titrell Givan is unable to pay the costs associated with this action. First, this suit has been brought solely in Givan's name, and there is no statement that he is a minor or incompetent person or that he is unable to pay the costs associated with this action. Second, Boyd has failed to state the amount of her income, the amount in her checking account, and the approximate value of her vehicle. Therefore,

    **IT IS ORDERED**:

That within 14 days of this date, Plaintiff shall provide a supplemental affidavit in support of his ifp application. Plaintiff should be careful to supply the missing information identified above.

    **THIS**, the 27th day of December, 2012.

                                                                    **/s/ Jane M. Virden**
                                                                    **U. S. MAGISTRATE JUDGE**