IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROBERT TITRELL GIVAN by**
Mother and Next Friend, Tiffany Boyd                    **PLAINTIFF**

V.                                                      **NO. 3:12CV120-GHD-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                     **DEFENDANT**

# ORDER

The Plaintiff having been granted leave to proceed in this action filed pursuant to 42 U.S.C. § 405(g) and 1383(c)(3) without prepayment of costs or giving security therefor, it is

**ORDERED:**

1. That the clerk shall issue process for the defendant named in the complaint.

2. That the United States Marshal shall serve the summons and complaint pursuant to 28 U.S.C. §1915.

**THIS**, the 4th day of February, 2013.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE