**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT TITRELL GIVAN**                                                            **PLAINTIFF**

**V.**                                                          **NO. 3:12CV120-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                  **DEFENDANT**

**ORDER DISMISSING CASE**

Before the court is Plaintiff's Motion to Dismiss [20] filed May 28, 2013. For good cause shown, and the court being advised by counsel for Defendant that there is no objection, the motion is well taken and is hereby **GRANTED**.

**THEREFORE, IT IS ORDERED:**

That this case is dismissed.

**THIS**, the 7th day of June, 2013.

                                                                         **/s/ Jane M. Virden**
                                                                         **U. S. MAGISTRATE JUDGE**